In the Matter of FREDERICK L. KUNZELMAN, Petitioner, *v.* DISTRICT COURT OF the FIRST JUDICIAL DISTRICT of the State of Montana et al., Respondents.

No. 11809.
Decided January 13, 1970.
463 P.2d 469.

Frederick L. Kunzelman, pro se.

PER CURIAM:

In the above entitled matter which purports to be a Petition for a Writ of Mandate to be directed against the district court by an inmate in the State Prison, attempting to appear pro se in a civil action, no meritorious cause appears for any action by this Court. The matter is in the district court and no petition for relief is presently proper. Therefore it is ordered that the matter be stricken from the files.